WILLIAM R TAMAYO, REGIONAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISO DISTRICT OFFICE
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CA  94105-1260

JOHN F. STANLEY, SUPERVISORY TRIAL ATTORNEY
MOLLY KUCUK, TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WA 98104
TEL:  (206) 220-6892

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ZALE CORPORATION,<br><br>　　　　　　　　Defendant | No. A07-cv-00033 (JWS)<br><br>CONSENT DECREE |

## I. INTRODUCTION

1.　　This action originated when Christina Kantarzis ("Charging Party") filed a charge ("Charge") with the Equal Employment Opportunity Commission ("EEOC" or "Commission") on June 27, 2006. Kantarzis alleged that Zale Corporation ("Zale") in Anchorage, Alaska discriminated against her based upon her sex (pregnancy) in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, at seq. ("Title VII") when she was denied promotion to the position of store manager of the Sears Mall Zales Jewelers ("Zales") location.

EEOC v. Zale Corporation
Proposed Consent Decree and Order
Page 1 of 8

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

Case 3:07-cv-00033-JWS   Document 13   Filed 07/03/07   Page 1 of 8

2. On January 3, 2007, the EEOC issued a letter of determination with a finding of reasonable cause that Zale violated Title VII when Ms. Kantarzis was not promoted to the Sears Mall store manager position. Thereafter, the EEOC attempted to conciliate the charge, but the parties could not reach agreement.

3. The Commission filed its Lawsuit on March 15, 2007, in the United States District Court for the District of Alaska (The "Lawsuit"). The Lawsuit alleges that Zale violated Title VII by failing to promote Ms. Kantarzis because of her sex (pregnancy).

4. Defendant denies the allegations of discrimination in Kantarzis' charge of discrimination and in the Lawsuit, and asserts there was no discrimination against the Charging Party.

5. The parties want to conclude fully and finally all claims arising out of the EEOC's Lawsuit and the Charge of discrimination filed with the EEOC by Christina Kantarzis. The parties agree that it is in their mutual interest to resolve this matter fully without the expense and delay of litigation. The parties agree that this Decree may be entered into without Findings of Fact and Conclusions of Law being made and entered by the Court.

## II. JURISDICTION AND VENUE

6. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a. The employment

EEOC v. Zale Corporation
Proposed Consent Decree and Order
Page 2 of 8

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

Case 3:07-cv-00033-JWS   Document 13   Filed 07/03/07   Page 2 of 8

practices alleged to be unlawful in the complaint filed herein occurred within in the jurisdiction of the United States District Court for the District of Alaska.

### III. SETTLEMENT SCOPE

7. This Consent Decree is the final and complete resolution of all allegations of unlawful employment practices contained in Kantarzis' discrimination Charge, in the EEOC's administrative determinations, and in the Lawsuit filed herein. The Decree, including any requirements herein, is limited in scope to the Region as defined herein. The Region as used in this Consent Decree is defined as all employees, including managers, at Zales Jewelers stores in the State of Alaska (the "Region").

8. Zale's voluntary agreement to entry of this Consent Decree shall not be deemed as an admission of liability, and none of the parties to this Lawsuit shall be deemed a prevailing party. There has been no judicial determination in the Lawsuit that Zale has violated any law, order, or regulation of the United States or of any state regarding its employment practices or policies. Nothing in this Consent Decree shall be construed to limit or reduce Zale's obligation to fully comply with Title VII of the 1964 Civil Rights Act, as amended, the Equal Pay Act, the Age Discrimination in Employment Act, and the Americans with Disabilities Act, or the regulations promulgated pursuant thereto.

### IV. MONETARY RELIEF

9. In settlement of this Lawsuit, Zale agrees to pay Christina Kantarzis $55,000.00 less deductions required by law. Payment will be made directly to Ms. Kantarzis at an

EEOC v. Zale Corporation
Proposed Consent Decree and Order
Page 3 of 8

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

Case 3:07-cv-00033-JWS    Document 13    Filed 07/03/07    Page 3 of 8

address to be provided by the EEOC. Payment will be made within twenty (20) days after this Consent Decree is entered by the Court.

## V. INJUNCTIVE AND OTHER RELIEF

### A. General Provisions

10. Zale, its officers, agents, and employees in the Region shall not engage in practices which unlawfully discriminate against applicants and/or employees on the basis of sex (pregnancy). In recognition of its obligation under Title VII, Zale agrees to evaluate its policies and practices set forth below.

### B. Anti-Discrimination Policies and Procedures

11. Zale shall carry out anti-discrimination policies, procedures and training for employees, supervisors and management personnel in the Region and will provide equal employment opportunities for all employees consistent with its obligations under the law. Zale shall evaluate and, where appropriate, modify the practices of its managers and supervisors in the Region in order to prevent discrimination in employment. Zale shall communicate its Equal Employment Opportunity ("EEO) policies to its managers and supervisors in the Region, and provide a certification to ensure that these management and supervisory employees have received the policies.

12. Within one hundred twenty (120) days of the effective date of this Consent Decree, Zale shall: (a) evaluate its EEO policy to ensure that it adequately prohibits unlawful discrimination against employees in the Region on the basis of sex (pregnancy) and addresses Zale's obligation to provide a discrimination-free work environment for its employees; and (b) distribute this written EEO policy to all present employees and future

EEOC v. Zale Corporation
Proposed Consent Decree and Order
Page 4 of 8

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

Case 3:07-cv-00033-JWS   Document 13   Filed 07/03/07   Page 4 of 8

employees in the Region both management and non-management. Zale shall provide EEOC with a written copy of its EEO policy.

C. Training

13. Within one hundred twenty (120) days of the execution of this Consent Decree, Zale shall present all management and supervisory employees in the Region at least 2 hours of training on employment discrimination issues, including discrimination against employees based on sex (pregnancy).

14. Zale shall notify the EEOC of the completion of the training and shall specify the names and job titles of all managers and supervisory employees in the Region who participated in and completed the training as part of its annual reporting to the EEOC.

D. Expungement of Records

15. Zale shall expunge from its files all copies of Ms. Kantarzis' charge of discrimination or this lawsuit from her personnel files, the Regional Manager file, and the Director of Stores Manager file.

E. Policies Designed to Promote Supervisory Accountability

16. Zale shall impose appropriate discipline up to and including termination, suspension without pay or demotion, upon any supervisor or manager in the Region who discriminates against any employee on the basis of sex (pregnancy). Zale shall state this policy in a communication to all of its supervisors and managers in the Region.

17. An individual's handling of EEO matters shall be taken into account when Zale evaluates the performance of managers and supervisors and in any consideration of their promotions in the Region.

EEOC v. Zale Corporation
Proposed Consent Decree and Order
Page 5 of 8

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

Case 3:07-cv-00033-JWS   Document 13   Filed 07/03/07   Page 5 of 8

18. Zale shall include compliance with the equal employment opportunity laws as a consideration for qualification for supervisory positions in the Region.

F. Reporting

19. Zale shall report in writing and in affidavit form to the EEOC, for the duration of this Consent Decree, the following information.

   a. Certification of the completion of 2 hours of training to managers and supervisory employees in the Region, as referenced in paragraph 14 hereof, and a list of attendees;

   b. Certification that its EEO policy has been distributed to all current employees and new employees in the Region;

   c. Certification of the Expungement of all copies of the lawsuit brought by the EEOC and the complaint of discrimination made by Ms. Kantarzis from files as described in paragraph 16;

   d. A copy of its EEO policies and procedures which concern or affect the subject of discrimination or retaliation;

   e. A copy of the anti-discrimination training materials presented to management and supervisory employees in the Region;

   f. For the duration of this Consent Decree, Zale shall annually submit a summary of sex and pregnancy discrimination complaints, if any, by applicants or employees in the Region against Zale that are reported to Human Resources or to the Shared Services Center and the resolution of each complaint; and

   g. Following the expiration of the term of this Decree, a statement certifying that Zale has complied with Paragraph 17 & 18 of the Decree. If Zale has not compiled with Paragraph 17 & 18 of the Decree, the statement will specify the areas of noncompliance, the reason for the noncompliance, and the steps taken to bring Zale into compliance.

G. Posting

20. Zale will post a Notice, attached as Exhibit 1 to this Consent Decree. The Notice shall be posted at all stores in the Region for the duration of this Consent Decree.

EEOC v. Zale Corporation
Proposed Consent Decree and Order
Page 6 of 8

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

Case 3:07-cv-00033-JWS   Document 13   Filed 07/03/07   Page 6 of 8

## VI. ENFORCEMENT

21. If the EEOC determines that Zale has not complied with the terms of this Decree, the EEOC will provide written notification, via certified mail, of the alleged breach to the office of the General Counsel of Zale at 901 W. Walnut Hill Lane, 6A, Irving, TX 75038, and to Ralph C. Pond, Benedict Garratt Pond, PLLC, 1000 Second Ave. 30th Floor, Seattle, WA 98104 . The EEOC will not petition the court for enforcement of the decree for at least thirty (30) days after providing written notification of the alleged breach, and only in the event Zale does not substantially cure the alleged breach. The thirty (30)-day period following the written notice shall be used by the parties for good faith efforts to resolve the dispute.

## VII. RETENTION OF JURISDICTION

22. The United States District Court of the District of Alaska shall retain jurisdiction over this matter for the duration of the decree.

## VIII. DURATION AND TERMINATION

23. This Decree shall be in effect for two (2) years beginning the date this Court enters this Consent Decree. If the EEOC petitions the Court for breach of the Decree, and the Court finds Zale to be in violation of the terms of the Decree, the Court may extend the duration of the Decree.

## IX. ATTORNEYS' FEES, EXPENSES AND COSTS

24. Each party shall bear its own attorneys' fees, expenses and costs incurred in this case.

EEOC v. Zale Corporation
Proposed Consent Decree and Order
Page 7 of 8

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

Case 3:07-cv-00033-JWS   Document 13   Filed 07/03/07   Page 7 of 8

## X. CONCLUSION

25. The parties are not bound by any provision of this decree until it is signed by authorized representatives of each party and entered by the Court.

DATED this 3d day of July, 2007

| WILLIAM R. TAMAYO<br>Regional Attorney<br>EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>San Francisco District Office<br>350 Embarcadero, Suite 500<br>San Francisco, CA 94105-1260 | RONALD S. COOPER<br>GENERAL COUNSEL<br><br><br>JAMES E. LEE<br>Deputy General Counsel |
|---|---|
| JOHN F. STANLEY<br>Supervisory Trial Attorney<br>Molly P. Kucuk<br>Trial Attorney | Gwendolyn Young Reams<br>Associate General Counsel |

By:___/s/ Bill Tamayo_____
      _____

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

| Seattle Field Office<br>909 First Avenue, Suite 400<br>Seattle, WA 98104<br>(206) 220-6916<br>Facsimile (206) 220-6911 | Office of the General Counsel<br>1801 "L" Street, N.W.<br>Washington, D.C. 20507 |
|---|---|

Attorneys for Plaintiff

Dated this 3rd day of July, 2007

Robertson, Monagle & Eastaugh


By___/s/ Robert Blasco_____
Robert P. Blasco, AK Bar No. 7710098
Counsel for Defendant Zale Corporation

EEOC v. Zale Corporation
Proposed Consent Decree and Order
Page 8 of 8

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882